ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Thalle Construction Company | ) ASBCA Nos. 62500, 62568, 62610 |
| | )                    62892, 62976, 63016 |
| Under Contract No. W912EP-15-C-0002 | ) |

APPEARANCES FOR THE APPELLANT:      Lochlin B. Samples, Esq.
                                    Karl Dix, Jr., Esq.
                                    John T. Crowley, Esq.
                                      Smith, Currie & Hancock LLP
                                      Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Kristin M. Bigham, Esq.
                                    Susan E. Symanski, Esq.
                                    Bruce E. Groover, Esq.
                                    Amber R. Jackson, Esq.
                                    James M Zaleski, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Jacksonville

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: March 7, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62500, 62568, 62610, 62892, 62976, 63016, Appeals of Thalle Construction Company, rendered in conformance with the Board's Charter.

Dated:  March 9, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals